## Bird Savage and Bird *ads*. Robert Murray and Company.

*H*ARRISON preſented a petition from the defendants to remove the cauſe into the Federal Court, on affidavit that defendants are aliens.

It appeared that ſpecial bail had been put in laſt December, but an exception was entered, and bail had not been perfected till this term, and till after the petition had been filed.

*Pendleton and B. Livingſton* objected, inſiſting that the defendants were too late, their appearance having been entered in January laſt, and the act of congreſs, under which the application is made, directs, that the petition be filed *when the appearance is entered.*

*Per Cur.* The defendants are in ſeaſon. As plaintiffs excepted to the bail, they ſhall not be allowed now to ſay defendants appeared before.
                                        Motion granted.